# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES DAVID YURMAN | Civil No. 10-1565 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| PLATO LEARNING, INC., *et al.,* | |
| Defendants. | |

This matter is before the Court on the Stipulation of Dismissal without Prejudice filed by the parties on June 18, 2010 [Docket No. 12].

**IT IS HEREBY ORDERED** that the above-described action shall be and is hereby dismissed without prejudice and without costs, including attorneys fees.

Dated: June 21, 2010
at Minneapolis, Minnesota

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge